**George J. GLADIS, et al., Appellants,**

v.

**Robert J. ROONEY, et al., Respondents.**

**No. ED 78989.**

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 9, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 6, 2001.

William James O'Herin, Florissant, MO, for appellant.

Thomas C. Croft, St. Louis, MO, for respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., J., CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Appellants, George and Mary Gladis, appeal the judgment of the Circuit Court of St. Louis County granting a motion for summary judgment in favor of respondents, Robert and Charlene Rooney. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law appears. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).